I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED:

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RICHARD FRATUS IV, <br><br> Petitioner, <br><br> vs. <br><br> WARDEN ADAMS (CORCORAN), <br><br> Respondent. | Case No. CV 08-2361-PA (RNB) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) petitioner's Motion for Evidentiary Hearing is denied; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: June 8, 2009

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE