I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED:

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 9 2009
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RICHARD FRATUS IV,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN ADAMS (CORCORAN),<br><br>Respondent. | Case No. CV 08-2361-PA (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 8, 2009

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN -10 2009
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY