I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6/19/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 19 2009

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RICHARD FRATUS IV,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>WARDEN ADAMS (CORCORAN),<br><br>　　　　　Respondent. | Case No. CV 08-2361-PA (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a *de novo* determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that (1) petitioner's Motion for Evidentiary Hearing is denied; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 6/17/09

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE